In re Estate of Giles McClendon, Incompetent, Deceased.
Maud Flowers, Executrix of Last Will and Testament of Giles McClendon, Deceased, Appellant, v. American National Bank and Trust Company, Appellee.

Gen. No. 42,375.

opinion filed June 30, 1943. Walter M. Farmer and Joseph A. McInerney, for appellant; Kirkland, Fleming, Green, Martin & Ellis, for appellee; George C. Adams, W. Ayres Keplinger and William H. Symmes, of counsel. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''